# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133781

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERICORP FINANCIAL GROUP, INC.,
a/k/a AMERICORP FINANCIAL, INC.,
      Plaintiff-Appellant,

v

POWERHOUSE LICENSING, L.L.C., DABISH
BROTHERS BUSINESS GROUP, L.L.C.,
DABISH FAMILY TRUST, DALALY DABISH,
WILLIAM DABISH, JR., and HENRY DABISH,
      Defendants-Appellees.

SC: 133781
COA: 271189
Oakland CC: 05-071492-PS

_____/

On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

s0723